*IN THE UNITED STATES DISTRICT COURT FOR THE*
*SOUTHERN DISTRICT OF MISSISSIPPI*
NORTHERN *DIVISION*

| | | |
|---|---|---|
| Zach Servis, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 3:26-cv-584-DPJ-ASH |
| | ) | |
| City of Jackson, Mississippi, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## NOTICE OF CONVENTIONAL FILING

☐ (Title of document here) is in paper form only and is being electronically filed under seal/or restriction by the Office of the Clerk pursuant to order filed on ___________. This document has been manually served on all parties.

**OR**

☒ Complaint Exhibits 1-4 cannot be filed electronically. This document has been manually served on all parties.

[signature]
Attorney for (Plaintiff or Defendant)
Address: Joel Dillard, 775 N. Congress St.
Jackson MS 39202

Date: August 12, 2026 nunc pro tunc

Respectfully submitted on August 7, 2026,

ZACH SERVIS, Plaintiff

/s/ Joel Dillard

Joel F. Dillard (MSB No. 104202)
Kevin Hanlon (MSB No. 106812)
*Counsel for Plaintiff*

August 12, 2026
nunc pro tunc

OF COUNSEL:

JOEL F. DILLARD, P.A.
775 N. Congress St.
Jackson, MS 39202
Telephone: 601-509-1372
joel@joeldillard.com
kevin@joeldillard.com

VERIFICATION

I, Zach Servis, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Zach Servis (Aug 10, 2026 23:30:36 CDT)
Zach Servis

08/10/2026
Date