AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

ZACH SERVIS

*Plaintiff(s)*

v.

CITY OF JACKSON, MISSISSIPPI; CHAIRMAN AND MEMBERS OF THE CITY COUNCIL, BRIAN GRIZZELL AND VIRGI LINDSAY

*Defendant(s)*

Civil Action No. 3:26-cv-584-DPJ-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIAN GRIZZELL
Jackson City Hall
219 South President Street
Jackson, Misissippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel F. Dillard
775 N. Congress Street
Jackson, Mississippi 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 8/28/2026

C. Smith

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

ZACH SERVIS

*Plaintiff(s)*

v.

CITY OF JACKSON, MISSISSIPPI; CHAIRMAN AND MEMBERS OF THE CITY COUNCIL, BRIAN GRIZZELL AND VIRGI LINDSAY

*Defendant(s)*

Civil Action No. 3:26-cv-584-DPJ-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF JACKSON, MISSISSIPPI
c/o Angela Harris, Jackson Municipal Court Clerk
219 South President Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel F. Dillard
775 N. Congress Street
Jackson, Mississippi 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 8/28/2026

C. Smith
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

ZACH SERVIS

*Plaintiff(s)*

v.

CITY OF JACKSON, MISSISSIPPI; CHAIRMAN AND MEMBERS OF THE CITY COUNCIL, BRIAN GRIZZELL AND VIRGI LINDSAY

*Defendant(s)*

Civil Action No. 3:26-cv-584-DPJ-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHAIRMAN AND MEMBERS OF THE CITY COUNCIL
CITY OF JACKSON, MISSISSIPPI
c/o Angela Harris, Jackson Municipal Court Clerk
219 South President Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel F. Dillard
775 N. Congress Street
Jackson, Mississippi 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF MISSISSIPPI

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 8/28/2026

C. Smith
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| ZACH SERVIS<br>*Plaintiff(s)*<br>v.<br>CITY OF JACKSON, MISSISSIPPI; CHAIRMAN AND MEMBERS OF THE CITY COUNCIL, BRIAN GRIZZELL AND VIRGI LINDSAY<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-584-DPJ-ASH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* VIRGI LINDSAY
Jackson City Hall
219 South President Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel F. Dillard
775 N. Congress Street
Jackson, Mississippi 39202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 8/28/2026

C. Smith

*Signature of Clerk or Deputy Clerk*