UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ZACH SERVIS PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-584-DPJ-ASH

CITY OF JACKSON, MISSISSIPPI, ET AL. DEFENDANTS

# JUDGMENT

This case is before the Court on an amended offer of judgment [15] that Plaintiff Zach Servis timely accepted [16-2] and then noticed [16]. Because the parties have fully complied with Federal Rule of Civil Procedure 68(a), the Clerk of Court hereby enters judgment in favor of Plaintiff and against Defendants upon the terms set forth in Exhibit 1 to the Notice of Acceptance [16-1].

SO ENTERED this the 27th day of October 2026.

**ARTHUR JOHNSTON, CLERK**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

By: ________________________,Clerk